UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon O. Murphy, Sr., | No. 2:20-cv-00753-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Allstate Insurance Company, | |
| Defendant. | |

The magistrate judge dismissed Plaintiff Shannon Murphy's complaint with leave to amend within thirty days. ECF No. 6. Murphy moves for reconsideration of that order. ECF No. 6.

A district judge may consider timely requests to "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A); E.D. Cal. L.R. 303(f). The court has reviewed the magistrate judge's order and finds no clear errors or holdings contrary to law. Murphy has also filed the amendment permitted by the magistrate judge's order, although not within the thirty-day period permitted by the magistrate judge's order. ECF No. 9. To the extent necessary, the court permits that late filing nunc pro tunc.

The motion for reconsideration, ECF No. 7, is **denied**. This matter is referred back to the Magistrate Judge for all pretrial purposes as provided by this District's Local Rules.

1

1   IT IS SO ORDERED.

2   DATED: April 12, 2021.

3

CHIEF UNITED STATES DISTRICT JUDGE