UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon O. Murphy,<br><br>   Plaintiff,<br><br>   v.<br><br>Allstate Insurance Company,<br><br>   Defendant. | No. 2:20-cv-00753-KJM-JDP<br><br>ORDER |

This action was dismissed in October 2022 for failure to state a claim. *See* F&Rs, ECF No. 12, *adopted*, ECF No. 13. Plaintiff recently filed a memorandum with a request for a hearing. ECF No. 15. The court construes the memorandum as a motion for relief from the judgment under Rule 60(b):

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect;
>
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
>
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

1

    (4) the judgment is void;

    (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

    (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

  Plaintiff has not shown relief should be available for any of these reasons. The filing at ECF No. 15, construed as a motion for relief from the judgment, is **denied**.

  IT IS SO ORDERED.

DATED: August 16, 2023.

                     _____
                     CHIEF UNITED STATES DISTRICT JUDGE